IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

URSULA STATEN, INDIVIDUALLY, AND
AS ADMINISTRATRIX OF THE ESTATE OF
RAY CHARLES STATEN, SR., DECEASED, AND
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF RAY CHARLES STATEN, SR.                    PLAINTIFF

v.                                              CIVIL ACTION NO. 1:16-CV-319-KS-MTP

LISA MUSHANE ROSS, et al.                                    DEFENDANTS

## FINAL JUDGMENT

For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED AND ADJUDGED on this the 7th day of November, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE